

Opinions of the United
States Court of Appeals
for the Third Circuit

2007 Decisions

7-2-2007

# USA v. Wecht

Precedential or Non-Precedential: Precedential

Docket No. 06-3098

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Wecht" (2007). *2007 Decisions.* Paper 667.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/667

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

Nos. 06-3098, 06-3099, 06-3195, 06-3202, 06-3212 and 06-3213

———

UNITED STATES OF AMERICA,

Appellant in No. 06-3195

v.

CYRIL H. WECHT,

Appellant in No. 06-3098

WPXI, INC.,

Intervenor
Appellant in Nos. 06-3099
and 06-3202

PG PUBLISHING CO. D/B/A THE PITTSBURGH POST-
GAZETTE,

Intervenor
Appellant in Nos. 06-3212
and 06-3213

TRIBUNE-REVIEW PUBLISHING CO., and
HEARST-ARGYLE STATIONS, INC. D/B/A WTAE-TV,

Intervenors.

———

On Appeal from the United States District Court

for the Western District of Pennsylvania
(D.C. No. 2:06-cr-00026)
District Judge: Honorable Arthur J. Schwab


No. 06-3704


IN RE: DR. CYRIL H. WECHT

_____

On Petition for Writ of Mandamus
Related to Western District of Pennsylvania
D.C. No. 2:06-cr-00026
District Judge: Honorable Arthur J. Schwab

_____

Argued September 12, 2006

Before: FUENTES, FISHER, and BRIGHT,[*] Circuit Judges.

( Opinion Filed April 12, 2007)
_____

Jerry S. McDevitt (ARGUED)
Richard L. Thornburgh
Mark A. Rush
Amy L. Barrette
J. Nicholas Ranjan
Kirkpatrick & Lockhart Nicholson Graham LLP
535 Smithfield Street
Pittsburgh, PA 15222
*Attorneys for Cyril H. Wecht*

Douglas Letter (ARGUED)

---

[*] Honorable Myron H. Bright, United States Court of Appeals for the Eighth Circuit, sitting by designation.

2

Appellate Litigation Counsel, Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Richard A. Friedman (ARGUED)
Appellate Section, Criminal Division
United States Department of Justice
10th Street & Constitution Avenue, N.W.
Washington, DC 20530
Mary Beth Buchanan
United States Attorney
Peter Keisler
Assistant Attorney General
Robert L. Eberhardt
Assistant United States Attorney
Rebecca Ross Haywood (ARGUED)
Assistant United States Attorney
Stephen S. Stallings (ARGUED)
Office of United States Attorney
700 Grant Street
Suite 400
Pittsburgh, PA 15219
*Attorneys for United States of America*

Walter P. DeForest (ARGUED)
David J. Berardinelli
George Bobb
DeForest Koscelnik Yokitis & Kaplan
3000 Koppers Building
Pittsburgh, PA 15219
*Attorneys for Intervenors WPXI, Inc.*

David J. Bird (ARGUED)
W. Thomas McGough
Joseph F. Rodkey, Jr.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
*Attorneys for Intervenors PG Publishing Co. D/B/A the
Pittsburgh Post-Gazette*

David A. Strassburger (ARGUED)
Strassburger, McKenna, Gutnick & Potter, P.C.
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222
*Attorney for Intervenor Tribune-Review Publishing Co.
and Hearst-Argyle Stations, Inc. D/B/A WTAE-TV*

---

ORDER AMENDING OPINION

---

FUENTES, Circuit Judge.

IT IS NOW ORDERED in the above captioned case be amended as follows:

Footnote 9 shall now read:

> This holding applies to the local rules of all the district courts in our Circuit. Presently, Local Rule of Criminal Procedure 53.1 in the Eastern District of Pennsylvania contains a "reasonable likelihood" standard. The Middle District of Pennsylvania, in Local Rule 83.2, and the District of New Jersey, in Local Rule of Criminal Procedure 101.1, already have a "substantial likelihood" of material prejudice standard, as does the District of the Virgin Islands, where Local Rule of Criminal Procedure 1.2 incorporates Local Rule of Civil Procedure 83.2 which adopts the ABA's Model Rules of Professional Conduct. The District of Delaware appears not to have a local rule governing attorney communications in criminal cases, though a Local Rule of Civil Procedure 83.6(d)(2) does adopt the ABA's Model Rules of Professional Conduct for civil proceedings.

4

The following changes shall be made to footnote 12:

"forty-nine" shall be changed to "fifty";
"forty-three" shall be changed to "forty-four";
"Thirty-six" shall be changed to "Thirty-five"; and
", including the three rules in Pennsylvania," shall be deleted.

At the top of page 19, the sentence beginning with "Moreover, the changes . . ." shall be deleted and replaced with:

Moreover, as a result of the changes we impose, district courts in our Circuit will now apply the same trial publicity standard, one that is also consistent with the rules of the Commonwealth of Pennsylvania and the States of New Jersey and Delaware.[13]

/s/ Julio M. Fuentes
Circuit Judge

DATED: July 2, 2007